**Order entered February 4, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01324-CV

### IN THE INTEREST OF D.D.A., A CHILD

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-17-03029**

# ORDER

Before the Court is appellant's January 24, 2019 motion to supplement the record. We

**GRANT** the motion as follows. We **ORDER** Felicia Pitre, Dallas County District Clerk, to file,

by **February 11, 2019**, a supplemental clerk's record containing the following four documents:

1. Motion for Leave filed with an Amended Motion to Modify Non-Parent Conservatorship - filed on July 21, 2017;

2. Motion for Leave filed with an Amended Motion for Child's Testimony in Judge's Chambers - filed on July 21, 2017;

3. Notice of Appeal of the Associate Judge's Report - filed on July 27, 2017; and

4. Motion for Leave with an Amended Affidavit Supporting the Amended Motion to Modify Non-Parent Conservatorship - filed March 29, 2018.

We **DIRECT** the Clerk of this Court to send a copy of this order to Ms. Pitre and all parties.

> /s/ ROBERT D. BURNS, III
> CHIEF JUSTICE